The judgment of the Court of Civil Appeals will be reversed and the judgment of the trial court will be affirmed.

Opinion adopted by the Supreme Court.

## MIMS BROS. v. N. A. JAMES, Inc.
### No. 27294.

Supreme Court of Texas.

Nov. 10, 1943.

Rehearing Denied Dec. 1, 1943.

B. W. Smith, of San Angelo, for plaintiff in error.

Clyde Vinson, of San Angelo, for defendant in error.

### PER CURIAM.

This case involves many questions, as shown by the opinion of the Court of Civil Appeals. However, there is only one question presented to this Court in the application for writ of error, and that relates to the holding of the Court of Civil Appeals

that Rule 107 of the Texas Rules of Civil Procedure does not apply to justice courts.

The Court of Civil Appeals in its opinion discussed the rules relating to district courts, county courts, and justice courts, and correctly held that Rule 107 does not apply to justice courts. Therefore the application for writ of error is refused.